37 So.3d 951 (2010)
Rolando Rodriguez VISO, et al., Appellants,
v.
BANCO LATINO, S.A.C.A., Appellee.
No. 3D09-3524.
District Court of Appeal of Florida, Third District.
June 16, 2010.
Rehearing Denied June 30, 2010.
Jeck, Harris, Raynor & Jones and D. Bruce Kratz, Juno Beach, for appellants.
Diaz, Reus & Targ and Carlos Gonzalez and Brant C. Hadaway, and Margaret T. Perez, Miami, for appellee.
Before RAMIREZ, C.J., WELLS, and CORTIÑAS, JJ.
PER CURIAM.
Affirmed. See Jetbroadband WV, LLC v. Mastec N. Am., Inc., 13 So.3d 159 (Fla. 3d DCA 2009).